# EXHIBIT 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-080

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Halloween pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | August 16, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •    **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072905 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-264

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Forest adventures |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 20, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072903 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-079

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hippie Floral Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 23, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072901 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-083

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Paddling pool |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 15, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072907 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-073

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
_____

**Title of Work:**    Watercolor Planets

## Completion/Publication
_____

**Year of Completion:**    2020
**Date of 1st Publication:**    March 04, 2020
**Nation of 1st Publication:**    United States

## Author
_____

- **Author:**    Antonina Shcherbyna
  **Author Created:**    2-D artwork
  **Citizen of:**    Ukraine

## Copyright Claimant
_____

**Copyright Claimant:**    Antonina Shcherbyna
14317 110th Avenue NE, Kirkland, WA, 98034, United States

## Rights and Permissions
_____

**Name:**    Antonina Shcherbyna
**Email:**    art.tonia.tkach@gmail.com
**Address:**    14317 110th Avenue NE
Kirkland, WA 98034 United States

## Certification
_____

**Name:**    David Denholm
**Date:**    July 29, 2025
**Applicant's Tracking Number:**    AS2025072909



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-225

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Christmas Snowmen |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 14, 2019 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072902 |



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-181

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Tropical beach |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | June 05, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Antonina Shcherbyna |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Antonina Shcherbyna |
| | 14317 110th Avenue NE, Kirkland, WA, 98034, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Antonina Shcherbyna |
| **Email:** | art.tonia.tkach@gmail.com |
| **Address:** | 14317 110th Avenue NE |
| | Kirkland, WA 98034 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 29, 2025 |
| **Applicant's Tracking Number:** | AS2025072908 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-171

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:**   Christmas decor

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   October 20, 2019
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Antonina Shcherbyna
  **Author Created:**   2-D artwork
  **Citizen of:**   Ukraine

## Copyright Claimant

**Copyright Claimant:**   Antonina Shcherbyna
14317 110th Avenue NE, Kirkland, WA, 98034, United States

## Rights and Permissions

**Name:**   Antonina Shcherbyna
**Email:**   art.tonia.tkach@gmail.com
**Address:**   14317 110th Avenue NE
Kirkland, WA 98034 United States

## Certification

**Name:**   David Denholm
**Date:**   July 29, 2025
**Applicant's Tracking Number:**   AS2025072901



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-190

**Effective Date of Registration:**
July 29, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Greens on plates

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 08, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Antonina Shcherbyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Antonina Shcherbyna
14317 110th Avenue NE, Kirkland, WA, 98034, United States

## Rights and Permissions

**Name:** Antonina Shcherbyna
**Email:** art.tonia.tkach@gmail.com
**Address:** 14317 110th Avenue NE
Kirkland, WA 98034 United States

## Certification

**Name:** David Denholm
**Date:** July 29, 2025
**Applicant's Tracking Number:** AS2025072904

Page 1 of 2

